**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**WICHITA FALLS DIVISION**

| | | |
|---|---|---|
| **LANE B. RAVEY,** | § | |
| **(TDCJ No. 02146893),** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 7:22-cv-056-M-BP** |
| | § | |
| **BRYAN COLLIER, Executive Director,** | § | |
| **TDCJ, *et al.*,** | § | |
| | § | |
| **Defendants.** | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed. The District Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

It is therefore **ORDERED** that Defendant Collier's Motion to Dismiss (ECF No. 11) is **GRANTED**. Plaintiff's claims against Defendant for violating his civil rights under 42 U.S.C. § 1983 are **DISMISSED with prejudice**.

**SO ORDERED** this 13th day of March, 2023.

BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE