IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| LANE B. RAVEY,<br>(TDCJ No. 02146893),<br><br>　　　　　Plaintiff,<br><br>v.<br><br>BRYAN COLLIER, Executive Director,<br>TDCJ, *et al.*,<br><br>　　　　　Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 7:22-cv-056-M-BP |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

　　The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed. The District Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

　　It is therefore **ORDERED** that the Motion for Partial Summary judgment (ECF No. 32) is **GRANTED**, Plaintiff Lane B. Ravey's claims against the Defendants are **DISMISSED** without prejudice to the extent Ravey seeks monetary damages from them in their official capacity, and Ravey's claims against Defendant Michael Feazell in his individual capacity are **DISMISSED**.

　　**SO ORDERED** this 15th day of April, 2024.

BARBARA M. G. LYNN
SENIOR UNITED STATES DISTRICT JUDGE